UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald A. McCord,

       Plaintiff,

v.                                                                     Civil No. 08-2006 (JNE/FLN)
                                                                       ORDER
State of Minnesota,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable

Franklin L. Noel, United States Magistrate Judge, on June 12, 2008.  The magistrate judge

recommended that Plaintiff's motion to for leave to proceed *in forma pauperis* and Plaintiff's

Motion for Injunction be denied.  The magistrate judge further recommended that the action be

summarily dismissed pursuant to 28 U.S.C. § 1915A(b) (2000); that Plaintiff be required to pay

the unpaid balance of the Court filing fee in accordance with 28 U.S.C. § 1915(b)(2) (2000); and

that, for purposes of 28 U.S.C. § 1915(g) (2000), the action be dismissed on the grounds that it is

frivolous, malicious, or fails to state a claim on which relief may be granted.  Plaintiff objected to

the Report and Recommendation.  The Court has conducted a de novo review of the record.  *See*

D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

    1.     Plaintiff's motion to for leave to proceed *in forma pauperis* [Docket No. 2] is DENIED.

    2.     Plaintiff's Motion for Injunction [Docket No. 4] is DENIED.

    3.     This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915A(b).

    4.     Plaintiff shall pay the unpaid balance of the Court filing fee, namely the full $350.00, in accordance with 28 U.S.C. § 1915(b)(2).

5.      For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

LET JUDMENT BE ENTERED ACCORDINGLY.

Dated:  July 15, 2008

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge